**WILEY REIN LLP**
Duane C. Pozza (Cal. Bar No. 225933)
  dpozza@wiley.law
Stephen J. Obermeier (*pro hac vice* forthcoming)
  sobermeier@wiley.law
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Movants Stonington Strategies LLC and Nicolas D. Muzin*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In Re: Motion to Compel Compliance with Subpoena Directed to Non-Parties Joel Mowbray and Robin Rosenzweig<br><br>Underlying Matter<br><br>BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Case No. _____<br><br>[DISCOVERY MATTER]<br><br>**NOTICE OF JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2 REGARDING CONSENT MOTION TO TRANSFER MOVANTS' MOTION TO COMPEL SUBPOENA RESPONSES** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at a date, time, and courtroom to be determined by the Court, Movants Nicolas D. Muzin and Stonington Strategies LLC ("Movants") and Respondents Joel Mowbray and Robin Rosenzweig ("Respondents") will and hereby do move this Court to transfer to the U.S. District Court for the District of Columbia Movant's motion to compel subpoena responses from Respondents.

This Motion is based on this Notice of Motion, the concurrently filed Joint Stipulation regarding the Consent Motion to Transfer, and accompanying exhibits, as well as the pleadings and papers on file in the matter of *Broidy Capital Management, LLC v. Muzin*, 19-cv-00150-DLF (D.D.C.), any other matters of which this Court may take judicial notice, and any evidence or argument the parties may present at or before the hearing on this matter.

As explained more thoroughly in the accompanying Joint Stipulation, this Court should transfer Movants' Motion to Compel Subpoena Responses to the U.S. District Court for the District of Columbia because (1) Respondents consent to transfer and (2) the presence of exceptional circumstances independently warrants transfer.

Dated: March 9, 2022                                Respectfully Submitted,

/s/ Duane C. Pozza

Duane C. Pozza (Cal. Bar No. 225933)
dpozza@wiley.law
Stephen J. Obermeier (*pro hac vice* forthcoming)
sobermeier@wiley.law
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Movants Stonington Strategies LLC and Nicolas D. Muzin*